UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERL SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>        Defendants. | No. 1:24-cv-01528-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 8) |

On December 13, 2024, plaintiff filed this civil rights complaint pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2024, the assigned magistrate judge ordered plaintiff to show cause why the action should not be dismissed for failure to exhaust administrative remedies. Doc. 5. Plaintiff failed to respond to the order to show cause.

Thereafter, on January 21, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, for plaintiff's failure to exhaust his administrative remedies prior to filing this action. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were

1

to be filed within fourteen (14) days after service. *Id.* at 6. Plaintiff did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 21, 2025, Doc. 8, are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to exhaust administrative remedies prior to filing suit; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 25, 2025

UNITED STATES DISTRICT JUDGE

2